UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>SMILEY'S FARM EQUIPMENT, INC., FARM FAMILY CASUALTY INSURANCE COMPANY and GEORGE HENDERSON, as an interested party,<br><br>                Defendants. | **STIPULATION OF DISMISSAL**<br><br>Case No.: 1:20-cv-00688-FJS-DJS |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties in this action, by and between counsel, hereby stipulate that any and all claims which were or could have been stated in their pleadings, are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: June 21, 2023

| | |
|---|---|
| **GOLDBERG SEGALLA, LLP** | **NAPIERSKI, VANDENBURGH,**<br>**NAPIERSKI & O'CONNOR, LLP** |
| By: *s/ Jonathan Schapp*<br>_____<br>Jonathan Schapp<br>*Attorneys for Plaintiff*<br>*Scottsdale Insurance Company*<br>665 Main Street<br>Buffalo, NY 14203<br>716.844.3474<br>Jschapp@goldbergsegalla.com | By: *s/ Diane Lufkin Schilling*<br>_____<br>Diane Lufkin Schilling<br>*Attorneys for Farm Family*<br>*Casualty Insurance Company*<br>296 Washington Avenue Extension<br>Albany, NY 12203<br>518.862.9292<br>Dls@nvnolaw.Com |
| **E. STEWART JONES HACKER MURPHY, LLP** | |
| By: *s/ John F. Harwick*<br>_____<br>John F. Harwick<br>*Attorneys for Smiley's Farm Equipment, Inc. and*<br>*George B. Henderson, as an interested party*<br>200 Harborside Drive - Suite 300<br>Schenectady, NY 12305<br>518.274.5820<br>Jharwick@joneshacker.com | IT IS SO ORDERED.<br><br>Date:  June 22, 2023<br><br>_____<br>Frederick J. Scullin, Jr.<br>Senior United States District Judge |